UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENFRI RAMIREZ,          :
                         :
            Plaintiff,   :   24-CV-7522 (LGS) (RWL)
                         :
     - against -         :
                         :   **ORDER**
MARLYN KOPP,             :
                         :
            Defendant.   :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Respondent filed its response to Petitioner's petition for habeas corpus on April 7, 2025.  Any reply by Petitioner shall be filed by **July 7, 2025**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2025
       New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Yenfri Ramirez
DIN: 14A2604
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562