UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YENFRI RAMIREZ,

                      Plaintiff,                    24-CV-7522 (LGS) (RWL)

      - against -

                                                **ORDER**

MARLYN KOPP,

                    Defendant.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Respondent filed her opposition to Petitioner's petition for habeas corpus on April 7, 2025. By order dated April 8, 2025, the Court gave Petitioner three months to reply; that is, to July 7, 2025. (Dkt. 19.) By letter dated April 21, 2025, Petitioner stated that he received a copy of the Respondent's opposition on April 10, 2025, and asked for a 45-day extension to reply. (Dkt. 20.) That same day the Court issued an order stating that it was not apparent that at the time he sent his letter Petitioner was aware that the Court had provided a three-month period to reply. The Court therefore denied the request as premature and without prejudice to a later application. (Dkt. 21.)

      As of July 15, 2025, no reply appears on the docket. Accordingly, the Court sua sponte extends Petitioner's time to file a reply to **August 31, 2025**. No further extensions will be granted absent compelling circumstances.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

1

Dated: July 15, 2025
      New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Yenfri Ramirez
DIN: 14A2604
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562