UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
YENFRI RAMIREZ,

        Petitioner,

-against-

MARILYN KOPP,

        Respondent.
---------------------------------------X

MOTION ASKING FOR AN EXTENSION OF TIME TO FILE A TRAVERSE

24-CV-7522(LGS)(RWL)

RECEIVED JUL 15 2025 PRO SE OFFICE

Your Honor:

Petitioner herein, Yenfri Ramirez, declare under the penalties of perjury of the United States of America that:

1. I am the Petitioner in the above captioned matter, and on or about April 10, 2025, I received the Respondent's Answer to Petitioner's writ of habeas corpus.

2. Immediately, Petitioner requested from this Court an extension of time to prepare a Traverse, which was denied by this Court without prejudice, since at that moment this Court considered premature to grant an extension of time because the return date set by this Court for the Petitioner to file his Traverse was July 7, 2025, almost three months from the date Petitioner received Respondent's Answer.

3. Nevertheless, the Petitioner herein would like to apprise this Court of exceptional circumstances occurring in New York Prisons, affecting tremendously this prison in particular.

---

On July 15, 2025, the Court issued an order sua sponte extending to August 31, 2025 Petitioner's time to reply to Respondent's opposition. (Dkt. 22.) Accordingly, the instant motion is denied as moot.

SO ORDERED:

7/18/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE