UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YENFRI RAMIREZ,

                              Plaintiff,          24-CV-7522 (LGS) (RWL)

           - against -

                                                 **ORDER**
MARLYN KOPP,

                            Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 11, 2025, the Court docketed Petitioner's reply in support of his habeas motion. The Court would find it useful to receive a response. Accordingly, by **October 31, 2025**, the Respondent shall file a response no longer than 15 pages to Petitioner's reply.

                                                  SO ORDERED.

                                                  _____
                                                 ROBERT W. LEHRBURGER
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2025
        New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff:

Yenfri Ramirez
DIN: 14A2604
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562