UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
-----------------------------------------------------------X
YENFRI RAMIREZ,

Petitioner,

-against-

MARILYN KOPP,

Respondent.
-----------------------------------------------------------X

**MOTION ASKING FOR AN EXTENSION TO FILE AN APPELLATE BRIEF**

Docket No. 24-cv-7522(LGS)(RWL)

Application **GRANTED**. Petitioner shall submit his objections by **October 6, 2026**. Respondent shall submit any response by **October 27, 2026**.

The Clerk of Court is respectfully directed to terminate Dkt. 32 and to mail a copy of this Order to pro se Petitioner.

Dated: August 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

SDNY PRO SE OFFICE
2026 AUG 7 AM 9:30

1. I, Yenfri Ramirez, am the Petitioner in the above caption proceeding pro-se, and under he penalty of perjury of the United States say the following:

2. On or about August 3, 2026, I received a copy of the Report by the Magistrate U.S.M.J Robert W. Lehrburger, asking for the denial and dismissal of my writ of habeas corpus petition. .

3. As this Court is aware, Petitioner is a pro-se litigant, and is arguing meritorious federal constitutional violations committed during Petitioner's prosecution and conviction. At this moment, Petitioner is in conversation with family members and friends to raise the funds to retain the service of a professional paralegal who can respond adequately to the Hon. Lehrburger's report, instead of proceeding to file an inadequate response prepare by a prisoner inexperienced and untrained on the law.

4. As indicated by the Honorable Magistrate Lehrburger, the Petitioner have fourteen (14) days to respond to the report. Nevertheless, my family is in the process to negotiate a reasonable fee to retain the service of the paralegal and it will take way over fourteen days to agree on the fee.

5. As indicated above, Petitioner's writ of habeas corpus is briefing complex and meritorious constitutional issues, that in the best interest of justice and to provide a fair

opportunity to the Petitioner to present his issues adequately before this Court, this Court should consider to grant the Petitioner a sixty (60) days extension of time to respond to the Magistrate's Report and Recommendation.

**WHEREFORE**, in order to allow the Petitioner a fair opportunity to present his constitutional claims before this Court, Plaintiff humbly ask this Court to grant the relief requested herein, and any other relief that this Court may deems just and proper.

Dated: August 4, 2026.

Respectfully submitted,

Yenfri Ramirez 14-A-2604

**PROOF OF SERVICE**

I, Yenfri Ramirez, proceeding pro-se, declare under Penalty of Perjury of the United States, that on August 4, 2026, I mailed a copy of Plaintiff's Motion Asking for an Extension of Time to File a Response to the Magistrate Report and Recommendation, to the Attorneys representing the Defendants in this action at the following addresses:

Darcer D. Clark
District Attorney of Bronx County
198 East 161st Street
Bronx, New York 10451

Dated: August 4, 2026.

Respectfully submitted,

Yenfri Ramirez 14-A-2604

SING SING CORRECTIONAL FACILITY
354 HUNTER STREET
OSSINING,NEW YORK 10562

NAME: Yenfri Ramirez DIN: 14-A-2604

RECEIVED
SDNY PRO SE OFFICE
2026 AUG -7 AM 9:

WESTCHESTER NY 105
4 AUG 2026 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
08/04/2026
US POSTAGE $000.78⁰
ZIP 10562
041M11470503

Pro Se Correctional Facility

Clerk U.S. D.C. Southern District
U.S. Courthouise, 500 Pearl Street
New York, New York 10007

USM 4LD
SDNY

RECEIVED
AUG 06 2026
CLERK'S OFFICE

Urgent-Legal Mail

10007-133099