UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
YENFRI RAMIREZ, :
Petitioner, :
-against- : 24 Civ. 7522 (LGS)
:
MARLYN KOPP, : **ORDER**
Respondent. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner previously requested an extension of time to file objections to Magistrate Judge Lehrburger's July 24, 2026, Report and Recommendation, explaining that additional time was needed to obtain assistance from a paralegal.

WHEREAS, the Order dated August 13, 2026, granted that request and extended (1) Petitioner's objections deadline to October 6, 2026, and (2) Respondent's response deadline to October 27, 2026.

WHEREAS, Petitioner mailed objections on August 15, 2026. In light of that filing's timing and the delay inherent in service by mail, it is unclear whether Petitioner intends those objections to constitute his final objections. It is hereby

**ORDERED** that by **September 16, 2026**, Petitioner shall file a letter advising whether the objections filed at Dkt. No. 34 are his final objections or whether he intends to file amended objections by the extended deadline of October 6, 2026. It is further

**ORDERED** that Respondent's deadline to respond to Petitioner's objections remains October 27, 2026, pending further order of the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order and Dkt. No. 34 to pro se Petitioner.

Dated: August 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE