UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YENFRI RAMIREZ, Petitioner, | : | |
| -against- | : | 24 Civ. 7522 (LGS) |
| MARLYN KOPP, Respondent. | : | **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner previously requested an extension of time to file objections to Magistrate Judge Lehrburger's July 24, 2026, Report and Recommendation, explaining that additional time was needed to obtain assistance from a paralegal.

WHEREAS, the Order dated August 13, 2026, granted that request and extended (1) Petitioner's objections deadline to October 6, 2026, and (2) Respondent's response deadline to October 27, 2026.

WHEREAS, Petitioner mailed objections on August 15, 2026, which were docketed as Dkt. No. 34. In light of that filing's timing and the delay inherent in service by mail, it was unclear whether Petitioner intended those objections to constitute his final objections.

WHEREAS, accordingly, the Order dated August 26, 2026, directed Petitioner to file a letter by September 16, 2026, advising whether the objections at Dkt. No. 34 were his final objections or whether he intended to file amended objections by the extended deadline of October 6, 2026.

WHEREAS, Petitioner has not filed any such letter or any amended objections. It is hereby

**ORDERED** that, if no amended objections are docketed by **October 20, 2026**, the objections at Dkt. No. 34 will be treated as the final objections. It is further

**ORDERED** that Respondent's deadline to respond to Petitioner's objections is extended to **November 4, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Petitioner.

Dated: October 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE