UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YENFRI RAMIREZ, Petitioner, | : | |
| -against- | : | 24 Civ. 7522 (LGS) |
| MARLYN KOPP, Respondent. | : | **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, after Magistrate Judge Lehrburger issued a Report and Recommendation ("R&R") on Petitioner's habeas petition, Petitioner filed objections to the R&R on August 15, 2026, and Respondent filed a response to the objections on November 4, 2026.

WHEREAS, Petitioner has now requested an extension of time to file a reply in further support of his objections. It is hereby

**ORDERED** that Petitioner's request is **DENIED**. Neither Federal Rule of Civil Procedure 72(b)(2) nor 28 U.S.C. § 636(b)(1) contemplates a reply in further support of objections to a magistrate judge's report and recommendation, and the Court declines to authorize further briefing. Petitioner's objections to the R&R will be considered on the papers already submitted.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Petitioner.

Dated: November 25, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE